**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

NOEL T. WINTER and BLANCA O. WINTER,

        Plaintiffs,

vs.                                       CASE NO. 6:12-CV-518-ORL-19DAB

EXPERIAN CORPORATION, et al.,

        Defendants.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 3, filed April 11, 2012). No objection to the Report and Recommendation was filed, and the time for doing so has passed.

Upon consideration, the Report and Recommendation (Doc. No. 3) is adopted and affirmed. First, Plaintiff Blanca Winter failed to sign the Complaint as required by Federal Rule of Civil Procedure 11. Accordingly, the claims as to Plaintiff Blanca Winter must be dismissed without prejudice. Further, Plaintiff Noel Winter failed to state a cause of action against Defendant Experian Corporation. In paragraph 24 of the Complaint, it is alleged that Experian Corporation "is reporting a bankruptcy filed by the Plaintiff, Noel T. Winter, in February of 2004." (Doc. No. 1 ¶ 24.) However, Plaintiff Noel Winter has not alleged this report is inaccurate and has failed to establish how reporting the bankruptcy has violated the Fair Credit Reporting Act under which the Complaint is brought. (*Id.* ¶ 4.) Lastly, the Complaint impermissibly makes various allegations against multiple other defendants without failing to establish that these parties and claims are reasonably related or properly joined as required by Federal Rule of Civil Procedure 20(a). As the Complaint contains

allegations which appear to be wholly unrelated, Plaintiff Noel Winter is not permitted to join the defendants in one single action and instead should bring these claims in separately filed cases. Therefore, the remaining claims should be dismissed.

Based on the foregoing, it is **ORDERED** that the Report and Recommendation (Doc. No. 3) is **ADOPTED** and **AFFIRMED.** The Application to Proceed In Forma Pauperis (Doc. No. 2, filed April 5, 2012) is **DENIED**. The Complaint (Doc. No. 1, filed April 5, 2012) is **DISMISSED** without prejudice to the filing, within **fourteen (14) days** from the date of filing of this Order, of an Amended Complaint that comports with the Report and Recommendation and this Order .

**DONE AND ORDERED** at Orlando, Florida, this   5th     day of May, 2012.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record